IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                                       MDL No. 2741

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Northern District of California.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Northern District of California with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 28, 2025

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

James V. Ingold
Clerk of the Panel

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** — MDL No. 2741

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| CAN | 3 | 22–02292 | CAC | 2 | 22–01986 | Anousheh Sabouri et al v. Monsanto Company et al |
| CAN | 3 | 21–00675 | FLN | 4 | 19–00208 | BOATRIGHT v. MONSANTO COMPANY et al |
| CAN | 3 | 20–04834 | FLN | 4 | 20–00138 | COLTON v. MONSANTO COMPANY et al |
| CAN | 3 | 19–04606 | ID | 4 | 19–00252 | Hoge v. Monsanto Company |
| CAN | 3 | 20–04746 | LAE | 2 | 20–01817 | Adams et al v. Monsanto Company |
| CAN | 3 | 21–04928 | LAE | 2 | 21–01088 | Fritscher et al v. Monsanto Company |
| CAN | 3 | 21–06562 | MIE | 2 | 21–11407 | Agosta v. Monsanto Company, Inc. |
| CAN | 3 | 20–03444 | MOE | 4 | 20–00466 | Hutchison v. Monsanto Company |
| CAN | 3 | 19–03539 | MSN | 4 | 19–00082 | McCaskill v. Monsanto Company et al |
| CAN | 3 | 19–03786 | NCW | 3 | 19–00265 | Putzrath et al v. Monsanto Company |
| CAN | 3 | 20–01419 | NJ | 3 | 20–01367 | Collins v. Monsanto Company et al |
| CAN | 3 | 21–02908 | OHN | 1 | 21–00613 | Stackhouse v. Monsanto Company, Inc. |
| CAN | 3 | 19–05598 | OHN | 3 | 19–01823 | Rhuland et al v. Monsanto Company |
| CAN | 3 | 21–02705 | OHN | 3 | 21–00678 | Dominique v. Monsanto Company |